CT/cvmhrg (January 10, 2002)

TOTAL TIME: ___ hours ___ minutes  
DEPUTY CLERK _Sully_  HONORABLE _Arterton_  RPTR/ERO/TAPE _____

DATE 1/15/4  START TIME 11 00  END TIME 1235  
LUNCH RECESS FROM _____ TO _____  
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Bartlett  
vs.  
Conn Light

CIVIL NO. 303CV430

M. Holmes  
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

D. Mackay  
A. Ruggiero  
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing  
☐ (contmphrg.) Contempt Hearing  
☐ (pchrg.) Probable Cause Hearing  
☐ (mischrg.) Miscellaneous Hearing  
☐ (confmhrg.) Confirmation Hearing  
☐ (evidhrg.) Evidentiary Hearing  
☐ (fairhrg.) Fairness Hearing  
☐ (showhrg.) Show Cause Hearing  
☐ (jgmdbexam.) Judgment Debtor Exam  
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

☒ #12 Motion _Remand_ ☐ granted ☐ denied ☒ advisement  
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement  
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement  
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement  
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement  
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement  
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement  
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement  
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement  
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement  
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

☐ filed ☐ docketed (×10)

_____ Hearing continued until _____ at _____