# SACK, SPECTOR AND KARSTEN, LLP
## ATTORNEYS AT LAW

836 FARMINGTON AVENUE, SUITE 221　　　　　　　　　　　　　　　　(860) 233-8251
WEST HARTFORD, CONNECTICUT 06119-1544　　　　　　　　　　　　　FAX (860) 232-8736

January 21, 2004

Honorable Janet Bond Arterton
United States District Court
Judge's Chambers
141 Church Street
New Haven, CT 06510

Re: **Bartlett v. Connecticut Light & Power Co., 03CV430 (JBA)**

Dear Judge Arterton:

    I am in receipt of your letter dated January 16, 2004 in which you provide me with ten days to respond to plaintiff's motion for summary judgment on the counterclaim for confirmation of the arbitration award.

    Upon review of the pleadings in this case and the applicable case law, the plaintiff has no objection to the Court confirming the arbitration award.

    Thank you for your time and consideration in this matter.

Very truly yours,

Michelle Holmes

MH/tll

cc: Angela Louise Ruggerio, Esquire
    Duncan Ross MacKay, Esquire
    Northeast Utilities Legal Department
    107 Selden Street
    Berlin, CT 06037
    Fax: 860-665-5504