UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Michael Bartlett | : | |
| | : | |
| v. | : | No. 3:03cv430 (JBA) |
| | : | |
| The Connecticut Light And Power Company | : : | |

FILED JAN 29 8:55 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## ENDORSEMENT ORDER [DOC. #20-2]

Defendant's Motion for Summary Judgment on Defendant's Counterclaim for Confirmation of the Arbitration Award [Doc. # 20-2] is GRANTED, absent objection. See [Doc. # 24]. Judgment may be entered accordingly.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   January 28, 2004