UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL BARTLETT                           :

v.                                         :         Civil No.  3:03CV340  (JBA)

CONNECTICUT LIGHT AND                      :
POWER COMPANY

### JUDGMENT

This matter came on for consideration on defendant's motion for summary judgment on defendant's counterclaim for confirmation of the arbitration award and plaintiff's motion to remand before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers in conjunction with the motions and, on January 29, 2004, the Court filed a Order granting defendant's Motion for Summary Judgment on the counterclaim for confirmation of the arbitration award and a Ruling granting plaintiff's motion to remand back to Superior Court at New Britain the remaining case .

It is therefore ORDERED and ADJUDGED that summary judgment is entered as to the counterclaim and the remaining case is remanded back to Superior Court at New Britain.

Dated at New Haven, Connecticut, this 29th day of January, 2004.


KEVIN F.  ROWE, CLERK


By_____/s/_____
       Betty J. Torday
       Deputy Clerk

EOD_____