**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510

KEVIN F. ROWE
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE

CV03-519862

Michael Bartlett

V.

Connecticut Light & Power Company

Case #:   3:03cv430 (JBA)

FILED 2004 FEB 23 PM 3:18 U.S. DISTRICT COURT NEW HAVEN, CONN.

Notice to Clerk, Superior Court,
for the Judicial District of <u>New Britain</u>

Dear Clerk:

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at New Haven, Connecticut, February 11, 2004.

KEVIN F. ROWE, CLERK

By: *Rita Warner*
Rita Warner
Deputy Clerk

OFFICE OF THE CLERK
SUPERIOR COURT
JUDICIAL DISTRICT OF NEW BRITAIN
FEB 20  11 39 AM '04

Enclosures

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on __New Britain__

Assigned case number: __CV03-519862__

This case was received by: __[signature] ANDREA ALBANESE, CC II__